IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK L. MITCHELL,

    Petitioner,               No. 2:04-cv-0556 LKK JFM (HC)

    vs.

TERESA SCHWARTZ, Warden, et al.,

    Respondents.          ORDER

         /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2000 conviction on charges of unlawful sexual intercourse with a minor in violation of California Penal Code § 261.5, assault with the intent to commit oral copulation in violation of California Penal Code § 220, and sexual penetration with a foreign object with a person under eighteen years old, in violation of California Penal Code § 289(a)(1), and the sentence of twelve years and eight months imposed thereon.

        On August 8, 2008, petitioner filed a motion to file a supplement to his traverse. By this request, petitioner seeks to address the impact of a recent decision of the United States Court of Appeals for the Ninth Circuit, Butler v. Curry, 528 F.3d 624 (9th Cir. 2008), on claims raised in his petition. On August 13, 2008, respondents filed a statement of non-opposition to

1

petitioner's request.  Respondents' statement of non-opposition includes a proposed briefing schedule.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's August 8, 2008 motion to supplement his traverse is granted;

        2.  Petitioner is granted thirty days from the date of this order in which to file a supplement to his traverse addressing the impact of the decision in <u>Butler v. Curry</u>, 528 F.3d 624 (9th Cir. 2008) on claims raised in his petition;

        3.  Respondents are granted a period of thirty days after service of petitioner's supplement to file a responsive brief; and

        4.  Thereafter the matter will be submitted for findings and recommendations.

DATED: September 8, 2008.

                                                UNITED STATES MAGISTRATE JUDGE

12
mitc0556.fb