IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK L. MITCHELL,

    Petitioner,               No. 2:04-cv-0556 LKK JFM (HC)

    vs.

TERESA SCHWARTZ, Warden, et al.,

    Respondents.          ORDER

          Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2000 conviction on charges of unlawful sexual intercourse with a minor in violation of California Penal Code § 261.5, assault with the intent to commit oral copulation in violation of California Penal Code § 220, and sexual penetration with a foreign object with a person under eighteen years old, in violation of California Penal Code § 289(a)(1), and the sentence of twelve years and eight months imposed thereon.

          On August 8, 2008, petitioner filed a motion to file a supplement to his traverse. By this request, petitioner seeks to address the impact of a recent decision of the United States Court of Appeals for the Ninth Circuit, Butler v. Curry, 528 F.3d 624 (9th Cir. 2008), on claims raised in his petition. On August 13, 2008, respondents filed a statement of non-opposition to

petitioner's request. Respondents' statement of non-opposition included a proposed briefing schedule. By order filed September 9, 2008, the court set a briefing schedule.

On September 19, 2008, petitioner filed a document styled as a motion for clarification of the court's September 9, 2008 order. Therein, petitioner requests that the court vacate that part of the September 19, 2008 order that directs petitioner to file a supplemental brief. Petitioner also addresses the application of Butler v. Curry, 528 F.3d 624 (9th Cir. 2008) to claims raised in his petition.

Petitioner is informed that by the September 9, 2008 order he was granted permission to file a further supplement to his traverse addressing the impact of the decision in Butler v. Curry, 528 F.3d 624 (9th Cir. 2008) on claims raised in his petition. He is not required to so do. The court will consider the arguments raised in petitioner's September 19, 2008 motion when issuing findings and recommendations on the petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's September 19, 2008 motion for clarification is granted;

2. Petitioner is not required to file a further supplement to his traverse;

3. Respondents are granted a period of thirty days from the date of this order to file a responsive brief in accordance with this court's September 9, 2008 order.

DATED: September 30, 2008.

UNITED STATES MAGISTRATE JUDGE

12
mitc0556.fb2

2